IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>WILLIAM BENTON WILLIAMS,<br><br>Defendant. | CR-22-87-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on March 8, 2023. (Doc. 27.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on March 7, 2023. (Doc. 26.) The United States accused William Williams, (Williams) of violating his conditions of supervised release 1) by failing to report for substance abuse testing on two

separate occasions;  2) by using methamphetamine on six separate occasions; and 3) by failing to comply with the terms of his home confinement. (Doc. 21.)

At the revocation hearing, Williams admitted that he had violated the terms of his supervised release 1) by failing to report for substance abuse testing on two separate occasions; 2) by using methamphetamine on six separate occasions; and 3) by failing to comply with the terms of his home confinement. (Doc. 26.)  The Court finds that the violations prove serious and warrants revocation of Williams' supervised release and recommends a custodial sentence until 12:00 p.m. (noon) on April 10, 2023, with no supervised release to follow. (Doc. 27.)  Williams was advised of his right to appeal and his right to allocute before the undersigned. He waived those rights. (Doc. 26.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 27) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant William Benton Williams be sentenced to the Bureau of Prisons for a sentence until 12:00 p.m. (noon) on April 10, 2023, with no supervised release to follow.

DATED this 8th day of March, 2023.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Court